Hulan C. RUTLEDGE, Petitioner, v. UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI, SOUTHWESTERN DIVISION, and the Judges thereof.

No. 13599.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1947.

Hulan C. Rutledge, pro se.

PER CURIAM.

Application for writ of mandamus directed to the District Court of the United States for the Western District of Missouri, Southwestern Division, and the Judges thereof, denied.

TRAILMOBILE COMPANY, etc., Appellant, v. INTERNATIONAL UNION, etc., U. A. W., C. I. O., et al., Appellee.

No. 10266.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1947.

Waite, Schindel & Bayless, Philip J. Schneider and Herbert Shaffer, all of Cincinnati, Ohio, for appellant.

Sol Goodman, of Cincinnati, Ohio, Ray J. O'Donnell, of Columbus, Ohio, and William J. Dammarell, of Cincinnati, Ohio, for appellees.

Before HICKS, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record, briefs for appellant and for the United States, and on the oral arguments for the appellant and the appellee, and it appearing that the same issues presented have been adjudicated by the Supreme Court in Trailmobile Company and International Union, U. A. W.—C. I. O. v. Whirls, 67 S.Ct. 982, it is ordered, upon the authority of the principles enunciated in that case, that the judgment of the District Court dismissing this cause be and the same is hereby affirmed.

UNITED STATES of America, Appellant, v. Blatchford DOWNING.

Nos. 13522–13544.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1947.

Drake Watson, U. S. Atty., and C. J. Hughes, Sp. Asst. U. S. Atty., both of St. Louis, Mo., and Sewall Key, Acting Asst. Atty. Gen., for appellant.

Richard D. Shewmaker, of St. Louis, Mo., and Blatchford Downing, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeals from District Court dismissed, on motions of appellant and consent of appellee.